UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LaVELL ROCKYMORE,**<br><br>Plaintiff,<br><br>vs.<br><br>**CONTINENTAL MANAGEMENT, ET AL.,**<br><br>Defendants. | 2:21-CV-10513-TGB-DRG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE** |

This matter is before the Court on Magistrate Judge David R. Grand's September 22, 2021 Report and Recommendation (ECF No. 19), recommending that Defendants' Motion to Dismiss (ECF No. 9) be granted.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.*

1

Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of September 22, 2021 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation (ECF No. 36) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the Defendants' Motion to Dismiss (ECF No. 9) is **GRANTED**, and that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 29th day of October, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge